IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE JOHN L. KANE

Civil Action No. 07-cv-01664-AP

**THOMAS A. TALAMANTES,**

        **Plaintiff,**

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

        **Defendant.**

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**  **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff | For Defendant: |
|---|---|
| FREDERICK W. NEWALL<br>730 N. Weber, #101<br>Colorado Springs, Colorado 80903<br>(719) 633-5211<br>(719) 635-6503 (facsimile)<br>newallfrederickw@qwest.net | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>DEBRA J. MEACHUM<br>Special Assistant U. S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-1570<br>Facsimile: (303) 844-0770<br>debra.meachum@ssa.gov |

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:**   August 7, 2007
   B. **Date Complaint Was Served on U.S. Attorney's Office:**   August 13, 2007
   C. **Date Answer and Administrative Record Were Filed:**   October 12, 2007

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete.  However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

Defendant states that she will not object to Plaintiff submitting additional evidence with the opening brief, but cannot not agree to supplement the certified record with any evidence that was not before the ALJ or the Appeals Council.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

To the best of their knowledge, the parties state that there is no additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

7. **OTHER MATTERS**

None.

8. **BRIEFING SCHEDULE**
   Plaintiff's attorney, because of workload, holidays, and vacation plans, requests that briefing commence later than 40 days after the filing of this joint case management plan.  Counsel for

   both parties conferred and agreed upon the following proposed briefing schedule:

   A. **Plaintiff's Opening Brief Due:**   FEBRUARY 14, 2008
   B. **Defendant's  Response Brief Due:**   MARCH 18, 2008
   C. **Plaintiff's  Reply Brief (If Any) Due:**   APRIL 1, 2008

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

      A.    **Plaintiff's Statement:**  Plaintiff does not request oral argument**.**
      B.    **Defendant's Statement:**  Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
      B.    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 6th day of November, 2007.

BY THE COURT:

<u>S/John L. Kane</u>
U.S. DISTRICT COURT JUDGE
HONORABLE JOHN L. KANE

APPROVED:

s/Frederick W. Newall 11/2/07
FREDERICK W. NEWALL
730 N. Weber, #101
Colorado Springs, Colorado 80903
(719) 633-5211
(719) 635-6503 (Facsimile)
newallfrederickw@qwest.net

Attorney for Plaintiff

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/Debra J. Meachum 11/2/07
DEBRA J. MEACHUM
Special Assistant U. S. Attorney
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone: (303) 844-1570
Facsimile: (303) 844-0770
debra.meachum@ssa.gov