**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-01664-CMA

THOMAS TALAMANTES,

    Plaintiff,

v.

MICHAEL J. ASTURE,
Commissioner of Social Security,

    Defendant.

## ORDER RESETTING ORAL ARGUMENT

This matter is before the Court *sua sponte*. It appears from a review of this Court's docket that a scheduling conflict exists on the scheduled date. Therefore,

IT IS ORDERED that the Oral Argument set for January 30, 2009, at 4:00 p.m. is reset to **February 2, 2009, at 10:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A602, 6th Floor, Arraj Courthouse, 901 19th Street, Denver, Colorado. Oral argument will be limited to 15 minutes per side.

DATED: November  7th , 2008

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge